THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY HAUSMAN, Appellant.— Judgment of the County Court of Kings county convicting the defendant of the crime of receiving stolen goods, and order, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE RELES, Appellant.— Judgment of the County Court of Kings county convicting the defendant of assault in the third degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY GOLDING, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, New York, Respondent.— On reargument, order dismissing writ of habeas corpus affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur. [See 242 App. Div. 659.]

REGINA SAMUEL and Another, Respondents, v. MANRITH REALTY CORPORATION, Appellant.— Action by Regina Samuel to recover for personal injuries sustained as the result of a fall on a stairway in defendant's apartment house and by Alexander Samuel to recover for expenses and loss of services. Appeal from judgment in favor of plaintiffs. Judgment unanimously affirmed, with costs. The refusal of the request to charge was not prejudicial error in view of the granting of defendant's request to charge immediately thereafter and in view of the court's main charge, both of which precluded a finding against the defendant unless the factual basis were other than that upon which the refused request to charge was predicated. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

VARTAN S. SAMUELIAN, Respondent, v. RICHARD F. WALLACE, Appellant.— Action to recover for personal injuries sustained by plaintiff when struck by a parked truck pushed ahead when struck from behind by defendant's automobile. Judgment of the City Court of Mount Vernon in plaintiff's favor, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JOSEPH H. SAMUELS, Respondent, v. THE POSTAL TELEGRAPH CABLE COMPANY, Appellant.— Judgment of the County Court of Nassau county for husband for loss of services and for expenses of wife (who died before the trial) as a result of her being struck by defendant's automobile while crossing a street, and order denying motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.